**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

**No. 98-20832**
**Summary Calendar**

---

**SHANDA NUNU,**

**Plaintiff-Appellant,**

**VERSUS**

**DEL-LAGO ESTATES PROPERTY OWNERS ASSOCIATION,**

**Defendant-Appellee.**

---

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-3723)

---

March 17, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

We have carefully reviewed the briefs, the record excerpts, the reply brief and relevant portions of the record itself. For the reasons stated by the magistrate judge in her Memorandum and Recommendation filed under date of August 17, 1998, which was adopted by the district judge pursuant to his Order filed under date of September 3, 1998, we AFFIRM the Final Judgment that

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

plaintiff, Shanda Nunu, take nothing against the defendant, Del-Lago Estates Property Owners Association, and that this action be dismissed with prejudice.

AFFIRMED.